IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ANAPLAN, INC., FRANK CALDERONI, )<br>DAVID CONTE, SANDESH PATNAM, )<br>SUE BOSTROM, BOB BEAUCHAMP, )<br>SURESH VASUDEVAN, YVONNE )<br>WASSENAAR, ALLAN LEINWAND, and )<br>BROOKE MAJOR-REID, )<br>)<br>    Defendants )| Case No. 2:22-cv-01753 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  July 12, 2022

                                    **GRABAR LAW OFFICE**

                                    By: _____
                                          Joshua H. Grabar (#82525)
                                          One Liberty Place
                                          1650 Market Street, Suite 3600
                                          Philadelphia, PA 19103
                                          267-507-6085
                                          jgrabar@grabarlaw.com

                                          *Counsel for Plaintiff*